UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

H & R BLOCK FINANCIAL ADVISORS, INC.,

    Plaintiff,

v.                            Case No.: 8:06-cv-290-T-24TBM

DAOUD J. GEORGIS,

    Defendant.
_____/

## O R D E R

This cause comes before the Court for consideration of Plaintiff's telephonic notice of settlement.

Having considered Plaintiff's telephonic notice of settlement, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. The Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions. The hearing on Plaintiff's Motion for Preliminary Injunction set for Monday, March 6, 2006, at 3:00 p.m. is hereby cancelled.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of March, 2006.

*[signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record